McANINCH v. BUNCOMBE COUNTY SCHOOLS

No. 378PA96

Case below: 122 N.C.App. 679

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 7 February 1997.

MID-STATE OIL CO. v. WALTON

No. 502P96

Case below: 124 N.C.App. 457

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

MILLER v. BROOKS

No. 345P96

Case below: 123 N.C.App. 20

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

MORRIS v. DECATO BROTHERS, INC.

No. 550P96

Case below: 124 N.C.App. 458

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

MURRAY v. NATIONWIDE MUTUAL INS. CO.

No. 336P96

Case below: 123 N.C.App. 1

Petition by defendants (State Farm & U. S. Liability) for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997. Petition by defendant (Nationwide) for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.